*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

**UNITED STATES OF AMERICA**              **Date:**     December 13, 2018

vs.                                        **Case No.:** 18-03137-01-CR-S-BP

**DEANNE HARRIS**

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**   Initial Appearance – Indictment

**Time Commenced:**   2:36 p.m.                  **Time Terminated:**   2:39 p.m.

APPEARANCES

**Plaintiff:**    **Jody Stockard, AUSA**
**USPPTS:**    **Joel Woodward**

**Proceedings:**   Parties appear as indicated above.  Defendant appears in person.

(SEALED) Because Defendant has been arrested, Court signs the envelope initially sealing the indictment and orders that case be unsealed and processed in accordance with established procedure and law.

Defendant advised of rights and counsel will be appointed by subsequent order.

Government orally moves for detention.

Arraignment, Detention Hearing and Scheduling Conference set for 12/18/2018 at 10:00 a.m.

Defendant in custody.

**Courtroom Deputy/ERO:**   Karla Berziel