*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

**UNITED STATES OF AMERICA**  Date:  December 18, 2018

vs.  Case No.:  18-03137-01-CR-S-BP

**DEANNA L. HARRIS**

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:** Arraignment
Detention Hearing
Scheduling Conference

Time Commenced:  9:56 a.m.  Time Terminated:  10:10 a.m.

APPEARANCES

**Plaintiff:** Jody Stockard, AUSA
**Defendant:** Ann Koszuth, FPD
**USPPTS:** Joel Woodward

**Proceedings:** Parties appear as indicated above. Defendant appears in person.

*Arraignment*: Defendant waives formal reading of the Indictment and enters a plea of not guilty as to all counts naming Defendant.

*Scheduling Conference*: A scheduling order setting forth discovery deadlines will be entered by the Court. Case placed on the next Joint Criminal Trial Docket.

*Detention Hearing*: The Court takes note of its own file, including the Pretrial Services Report prepared by the USPPTS Officer. The Government has filed a *Motion for Detention Hearing* (Doc. 11). Arguments made regarding Defendant's custody. The Court finds takes matter of detention under advisement.

Defendant in custody.

**Courtroom Deputy/ERO:** Karla Berziel