*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*SOUTHERN DIVISION*

MINUTE SHEET

**UNITED STATES OF AMERICA**             Date:   January 18, 2019

vs.                                      Case No.:   18-03137-01-CR-S-BP

**DEANNA L. HARRIS**

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:   Status Conference**

**Time Commenced:   9:55 a.m.**                    **Time Terminated:   9:58 a.m.**

APPEARANCES

**Plaintiff:     Jody Stockard, AUSA**
**Defendant:     Ann Koszuth, FPD**
**USPPTS:        Joel Woodward**

Proceedings:   Parties appear as indicated above.  Defendant appears in person.

**Detention Hearing was held on December 18, 2018.  The issue of detention was taken under advisement.  Defendant released on bond. Defendant has read and agrees to abide by the *Appearance Bond* and *Order Setting Conditions of Release.***

**Defendant released on bond.**

**Courtroom Deputy/ERO:   Karla Berziel**