# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN/SOUTHWESTERN DIVISION

In Re: Criminal Trial Docket
    August 19, 2019

## <u>ORDER</u>

Pursuant to the directions of the Honorable Douglas Harpool, United States District Judge, the following criminal actions are set for pretrial conferences before United States Magistrate David P. Rush, July 23, 2019, at the times shown below. The attorneys, including defense and government counsel who will try the case, shall attend the pretrial conference. **Prior to the conference, trial counsel for the United States and trial counsel for the defendant are to meet personally and discuss potential plea agreements. <u>Final plea agreements are to be signed prior to the conference or be ready for signature at the conference.</u>** Each defendant is to be present unless, in advance of the conference, counsel advises the Court that a plea bargain has been signed or the case simply needs to be set for trial. Attorneys are instructed to be prepared to make such announcements as may be necessary in order that these cases may be tried or other disposition made. Each of these cases, unless given a special setting, is set for trial on the joint criminal jury trial docket, with all the available Judges of the Court sitting, commencing August 19, 2019.

All pretrial conferences will be held in the U. S. Magistrate's Courtroom, United States Courthouse, 222 N. John Q. Hammons Parkway, Springfield, Missouri.

Regarding motions for continuance and possible changes of plea, it is

ORDERED that any defendant who intends to file a motion to continue the trial of his or her case until the next joint docket, which is September 23, 2019, shall file such motion in a timely fashion. **A motion for continuance which is filed after the Friday prior to the scheduled**

**pretrial conference shall be considered untimely.**   A motion not timely filed will be summarily denied.   Likewise, absent a showing of very exceptional circumstances, a timely filed motion seeking a continuance of a criminal action will be summarily denied.   Counsel for the moving defendant or plaintiff shall state in the motion whether or not the plaintiff and co-defendants have any objection to the continuance of the action.   It is further

ORDERED that counsel for a defendant whose case who wishes to plead guilty, shall immediately call the chambers of the Honorable David P. Rush to schedule the change of plea. If the parties consent, the plea will be scheduled before the United States Magistrate Judge; otherwise, before the United States District Judge to which it is assigned.

<u>Before Magistrate Judge David P. Rush</u>

**<u>July 23, 2019</u>**

| | | |
|---|---|---|
| 18-05042-CR-SW-BP | United States | Ami Miller |
| | v. | |
| -01 | Gary McKinney | Branden Twibell |
| | | |
| 19-03077-CR-S-MDH | United States | Jessica Keller |
| | v. | |
| -01 | Jerry D. Thornton | James Hayes |
| | | |
| 19-03063-CR-S-MDH | United States | Ami Miller |
| | v. | |
| -01 | Dionysus Hale | Michelle Moulder |

| | | |
|---|---|---|
| 19-05002-CR-SW-RK | United States | Nhan Nguyen |
| | v. | |
| -02 | Melissas A. Lowry | Agi Prevendarcsik |
| | | |
| 19-03069-CR-S-BCW | United States | Abe McGull |
| | v. | |
| -01 | Steven T. Hook | David Mercer |
| -02 | Tallisha R. Malone | Kristin Jones |
| | | |
| 19-03065-CR-S-MDH | United States | Patrick Carney |
| | v. | |
| -01 | Michael Hudson | Kelli Anderson |
| | | |
| 19-03080-CR-S-BCW | United States | Steve Mohlhenrich |
| | v. | |
| -01 | Robert Simon Rees | Michelle Moulder |
| | | |
| 19-05032-CR-SW-RK | United States | Bill Meiners |
| | v. | |
| -01 | Jessica Chavez | David Mercer |
| -02 | Justin T. Coffman | Erica Mynarich |
| | | |
| 19-03078-CR-S-BP | United States | Jim Kelleher |
| | v. | |
| -01 | Ted Gifford | Ann Koszuth |

| | | | |
|---|---|---|---|
| 19-03072-CR-S-SRB | | United States | Jody Stockard |
| | | v. | |
| | -04 | Richard J. Smith | James Hayes |
| | -05 | Rashad J. Moore | Ben McBride |
| | | | |
| 19-03070-CR-S-BP | | United States | Steve Mohlhenrich |
| | | v. | |
| | -01 | James Calvin Parker | Brady Musgrave |
| | | | |
| 19-05016-CR-SW-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Richard Allen Miller | David Mercer |
| | | | |
| 18-03066-CR-S-RK | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Douglas Fullerton | Michelle Moulder |
| | | | |
| 18-03137-CR-S-BP | | United States | Jody Stockard |
| | | v. | |
| | -01 | Deanne Harris | Ann Koszuth |
| | -02 | Robin Parker | Alison Hershewe |
| | | | |
| 18-03121-CR-S-SRB | | United States | Bill Meiners |
| | | v. | |
| | -01 | Christa M. Farrell | Ann Koszuth |

| | | |
|---|---|---|
| 18-03142-CR-S-MDH | United States | Ami Miller |
| | v. | |
| -01 | Gerald David Mounce | Ann Koszuth |
| | | |
| 17-03007-CR-S-RH | United States | Jody Stockard |
| | v. | |
| -01 | Randy G. Dabney | Josh Roberts |
| | | |
| 17-03043-CR-S-MDH | United States | Jim Kelleher |
| | v. | |
| -01 | Scott Wells | Brady Musgrave |
| | | |
| 18-03087-CR-S-BCW | United States | Bill Meiners |
| | v. | |
| -01 | Ivory Williams | Ian Lewis |
| | | |
| 19-03007-CR-S-BP | United States | Randy Eggert |
| | v. | |
| -01 | Kamel Elburki | Daniel Allen |
| -02 | Justin Ramirez | Richard Johnson |
| | | |
| 18-03064-CR-S-MDH | United States | Ami Miller |
| | v. | |
| -01 | Alex Keltner | Ann Koszuth |

| | | | |
|---|---|---|---|
| 18-03104-CR-S-BCW | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Michael Brannon | Ian Lewis |
| | | | |
| 18-03069-CR-S-RK | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Brent A. Tribble | Ian Lewis |
| | -02 | Stephan D. Samons | Stacie Bilyeu |
| | -04 | Neal A. Norels | Jeffrey Sowash |
| | | | |
| 18-03109-CR-S-RK | | United States | Abe McGull |
| | | v. | |
| | -01 | Jennifer R. Hanaway | Russ Dempsey |
| | | | |
| 18-03008-CR-S-RK | | United States | Abe McGull |
| | | v. | |
| | -01 | Damon F. Smith | Gary Wilson |
| | | | |
| 19-03020-CR-S-MDH | | United States | Jessica Keller |
| | | v. | |
| | -01 | Tim I. Hocutt | Penny Speake |
| | | | |
| 19-03016-CR-S-SRB | | United States | Jody Stockard |
| | | v. | |
| | -01 | Jackie Harris | Shane Cantin |

| | | | |
|---|---|---|---|
| 16-03041-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | John Michael Bradley | Ann Koszuth |
| | | | |
| 18-03085-CR-S-RK | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Jordan Johnson | David Mercer |
| | | | |
| 19-03045-CR-S-BCW | | United States | Jessica Keller |
| | | v. | |
| | -01 | James D. James | Don Cooley |
| | | | |
| 18-03127-CR-S-BCW | | United States | Jody Stockard |
| | | v. | |
| | -01 | Donald Estell | David Back |
| | -02 | Candice S. Highfill | Alison Hershewe |
| | | | |
| 18-03047-CR-S-MDH | | United States | Ami Miller |
| | | v. | |
| | -01 | Evan A. Stott | David Mercer |
| | | | |
| 17-03062-CR-S-MDH | | United States | Steve Mohlhenrich |
| | | v. | |
| | -01 | Luis Arnold Lopez-Lara | Branden Twibell |

| | | | |
|---|---|---|---|
| 17-03110-CR-S-SRB | | United States | Nhan Nguyen |
| | | v. | |
| | -01 | Richard G. Wacker | Tom Norrid |
| | | | |
| 18-05050-CR-SW-MDH | | United States | Patrick Carney |
| | | v. | |
| | -01 | Sean S. McDaniel | Ian Lewis |
| | | | |
| 18-03140-CR-SW-BCW | | United States | Byron Black |
| | | v. | |
| | -01 | Travis Robinson | Stacie Bilyeu |
| | -02 | Candace Medlock | Kristin Jones |
| | -03 | Summer Skinner | Alison Hershewe |
| | | | |
| 19-03049-CR-S-RK | | United States | Ami Miller |
| | | v. | |
| | -01 | Cleveland Lee Crumsey | Michelle Law |
| | | | |
| 19-03053-CR-S-MDH | | United States | Jim Kelleher |
| | | v. | |
| | -01 | Chance Donaldson | Andre Miller |
| | | | |
| 19-03081-CR-S-MDH | | United States | Jessica Keller |
| | | v. | |
| | -01 | Timothy Brian Schutten | Ian Lewis |

19-03083-CR-S-MDH         United States         Nhan Nguyen

v.

-01         Tyler J. Brown         Gary Wilson


*/s/ David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE


Date: July 9, 2019